Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendant, EL DORADO UNION HIGH SCHOOL DISTRICT

*Exempt from Filing Fees Under Gov. Code §6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual; and TIFFANY DOE, and individual;<br><br>Plaintiffs,<br><br>v.<br><br>EL DORADO UNION HIGH SCHOOL DISTRICT; CHAS PRIOR, Individually; STEPHEN WEHR, Individually; TONY DEVILLE, Individually; TARA GRUDIN, Individually; JUSTIN GATLING, Individually; and DOES 1 to 20,<br><br>Defendants. | Case No. 2:18-cv-02576-JAM-CKD<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a) and 41(c)] AND ORDER OF DISMISSAL**<br><br>Complaint filed: September 18, 2018 |

Plaintiffs Jane Doe, Tiffany Doe, and Defendants El Dorado Union High School District, Chas Prior, Stephen Wehr, Tony Deville, Tara Grudin, and Justin Gatling hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(c) that Defendant's counterclaim be dismissed with prejudice with each party bearing that party's own attorney's fees and costs.

Dated: December 20, 2018  **LANZONE MORGAN, LLP**


By:/s/
JOMO K. STEWART, ESQ.,
Attorneys for Plaintiffs, JANE DOE and TIFFANY DOE

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

| Dated: December 19, 2018 | **MATHENY SEARS LINKERT & JAIME, LLP** |
|---|---|
| | By:/s/ |
| | MATTHEW C. JAIME, ESQ., Attorneys for Defendants, EL DORADO UNION HIGH SCHOOL DISTRICT; CHAS PRIOR, Individually; STEPHEN WEHR, Individually; TONY DEVILLE, Individually; TARA GRUDIN, Individually; JUSTIN GATLING, Individually |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(c), IT IS ORDERED that Defendant's counterclaim be, and hereby is, dismissed with each party bearing that party's own attorney's fees and costs.

Dated: 12/20/2018

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

*STIPULATION OF DISMISSAL [FRCP 41(a) and 41(c)] AND ORDER OF DISMISSAL*