# UNITED STATES DISTRICT COURT,
# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| JANE DOE, an individual; and TIFFANY DOE, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> EL DORADO UNION HIGH SCHOOL DISTRICT; CHAS PRIOR, Individually; STEPHEN WEHR, Individually; TONY DEVILLE, Individually; TARA GRUDIN, Individually; JUSTIN GATLING; Individually; and DOES 1 through 20; <br><br> Defendants. | Case No.: 2:18-CV-02576-JAM-CKD <br> Complaint Filed: 9-18-18 <br> District Judge John A. Mendez <br> Assigned to Courtroom: 6 <br> Magistrate Judge Carolyn K. Delaney <br> Assigned to Courtroom: 24 <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCLOSURE OF EXPERT WITNESSES** <br><br> [Filed concurrently with Joint Stipulation to Continue Disclosure of Expert Witnesses] |

# **ORDER**

The Court, having considered the Parties' Joint Stipulation to Continue Disclosure of Expert Witnesses, and good cause appearing therein, orders the scheduling deadlines to be modified as follows:

    Expert Disclosure:          April 8, 2020
    Rebuttal Expert Disclosure:   April 22, 2020

IT IS SO ORDERED.

Dated: November 15, 2019

                              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ

# PROOF OF SERVICE
*Jane Doe and Tiffany Doe v. El Dorado Union High School District, et al.,*
*Case Number: 2:18-CV-02576-JAM-CKD*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and am not a party to the within action. My business address is 5001 Airport Plaza Drive, Suite 210, Long Beach, California 90815.

On November 15, 2019, I served the following document(s) described as **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCLOSURE OF EXPERT WITNESSES** on all named interested parties to this action by placing a true copy thereof enclosed in sealed envelopes addressed as set forth on the Service List attached hereto as follows:

XXX  **BY E-SERVICE:** I electronically filed with the Clerk of the Court a true and correct copy of the original as indicated above, and a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case.

And I hereby certify that I have emailed the forgoing documents as indicated above to the parties who are not registered for the CM/ECF system as following:

None

Parties can access this filing through the Court's system.

Kristi Cole

# SERVICE LIST
*Jane Doe and Tiffany Doe v. El Dorado Union High School District, et al.,*
*Case Number: 2:18-CV-02576-JAM-CKD*

| | |
|---|---|
| Matthew C. Jaime, Esq.<br>Andre B. La Roche, Esq.<br>Matheny, Sears, Linkert & Jaime<br>3638 American River Drive<br>Sacramento, California 95864<br>Telephone: (916) 978-3434<br>Fax: (916) 978-3430<br>Email: mjaime@mathenysears.com<br>Email: dbagley@mathenysears.com<br>Email: alaroche@mathenysears.com | Attorneys for Defendant:<br>EL DORADO UNION HIGH SCHOOL DISTRICT |