# UNITED STATES DISTRICT COURT,
# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| JANE DOE, an individual; and TIFFANY DOE, an individual;<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>EL DORADO UNION HIGH SCHOOL DISTRICT; CHAS PRIOR, Individually; STEPHEN WEHR, Individually; TONY DEVILLE, Individually; TARA GRUDIN, Individually; JUSTIN GATLING; Individually; and DOES 1 through 20;<br>　　　　　Defendants. | Case No.: 2:18-CV-02576-JAM-CKD<br>Complaint Filed: 9-18-18<br>District Judge John A. Mendez<br>Assigned to Courtroom: 6<br>Magistrate Judge Carolyn K. Delaney<br>Assigned to Courtroom: 24<br><br>**ORDER ON PLAINTIFFS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR SUMMARY ADJUDICATION IN THE ALTERNATIVE** |

1

**[PROPOSED] ORDER ON PLAINTIFFS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR SUMMARY ADJUDICATION IN THE ALTERNATIVE**

After considering Plaintiffs JANE DOE and TIFFANY DOE's ("Plaintiffs") Request to Seal Documents in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, or Summary Adjudication in the Alternative, and good cause shown thereon, the Court rules as follows:

The Declaration of the Mother of Jane Doe in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, or Summary Adjudication in the Alternative and the Declaration of the Father of Tiffany Doe in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, or Summary Adjudication in the Alternative shall be filed under seal.

IT IS SO ORDERED.

Dated: March 10, 2020

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge