UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual; and TIFFANY DOE, an individual, | Case No. 2:18-cv-02576 JAM-CKD |
| Plaintiffs, | **AMENDED PRETRIAL CONFERENCE ORDER** |
| v. | |
| EL DORADO UNION HIGH SCHOOL DISTRICT; CHAS PRIOR, Individually; STEPHEN WEHR, Individually; TONY DEVILLE; Individually; TARA GRUDIN, Individually; JUSTIN GATLING, Individually; and DOES 1 through 20, | |
| Defendants. | |

Pursuant to court order, a Pretrial Conference was held on May 14, 2021 before Judge John Mendez. Ayman Mourad appeared as counsel for plaintiffs; Matthew C. Jaime and Sarah M. Woolston appeared as counsel for defendants. After hearing and submission of additional papers by the parties, the Court makes the following amended findings and orders:

## I. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. §§ 1331, 1343(a)(3), 1343(a)(4), and 1367(a), and has previously been found to be proper

1  by order of this court, as has venue.  Those orders are confirmed.

2  II. JURY/NON-JURY

3      Both parties have demanded a jury trial.

4  III. STATEMENT TO BE READ TO JURY

5      No later than July 26, 2021, the parties shall E-file a joint
6  statement of the case that may be read to the jury at the beginning
7  of jury selection.

8  IV. UNDISPUTED FACTS

9      1.    Daniel Mummy was a teacher at El Dorado High School
10 during the 2016/2017 school year.

11     2.    Prior was the Principal of El Dorado High School during
12 the 2016/2017 and 2017/2018 school years.

13     3.    Gatling was an Assistant Principal at El Dorado High
14 School during the 2016/2017 and 2017/2018 school years.

15     4.    Grudin was an Assistant Principal at El Dorado High
16 School during the 2016/2017 and 2017/2018 school years.

17     5.    Wehr was the Superintendent of El Dorado during the
18 2016/2017 and 2017/2018 school years.

19     6.    Deville was an Assistant Superintendent of Human
20 Resources and Title IX Coordinator for El Dorado Unified High
21 School District during the 2016/2017 and 2017/2018 school years.

22     7.    All teachers and administration were mandatory reporters
23 in the 2016/2017 school year.

24     8.    Jane Doe was a student at El Dorado High School during
25 the 2016/2017 and 2017/2018 school years.

26     9.    Jane Doe was enrolled in Daniel Mummy's math class
27 during the 2016/2017 school year.

28     10.   Jane Doe was a minor in during the 2016/2017 school

year.

11.  Tiffany Doe was a student at El Dorado High School during the 2016/2017 school year.

12.  Tiffany Doe was enrolled in Daniel Mummy's leadership class in the 2016/2017 school year.

13.  On March 16, 2017 a student told Marc Sarge, a teacher at El Dorado High School, that Mummy was touching Jane Doe inappropriately.

14.  Marc Sarge reported the incident that same day.

15.  On March 16, 2017, Jane Doe went to the principal's office to speak to someone about Mummy.

16.  On March 16, 2017, Jane Doe reported to the El Dorado High School administration that she, Tiffany Doe, and a third student were being inappropriately touched by Daniel Mummy. Upon Jane Doe's report, El Dorado High School administration called law enforcement.

17.  Daniel Mummy was arrested on March 16, 2017.

18.  Mummy was placed on administrative leave immediately upon his arrest.

19.  Once Mummy was charged he was put on compulsory leave and once he pled no contest he was terminated.

20.  On April 14, 2017, the County of El Dorado filed a Criminal Complaint against Daniel Mummy for 1 count of felony sexual battery by restraint, 5 counts of misdemeanor sexual battery, and 3 counts of misdemeanor child molestation.

21.  On September 26, 2017, Daniel Mummy pled *nolo contendere* to 3 counts of Penal code 647.6 (a) misdemeanor child molestation.

22.  Tiffany Doe graduated about two months after Mummy's

1  arrest in May 2017.

2      23.  Jane Doe graduated in May 2018.

3              V.  <u>DISPUTED FACTUAL ISSUES</u>

4      <u>Plaintiffs' Disputed Factual Issues:</u>

5      1.  During his time as an El Dorado teacher, Daniel Mummy

6  would stand outside of his classroom and hug his female students

7  as they entered.

8      2.  Prior and other staff were aware that Daniel Mummy would

9  stand outside of his classroom and hug students as they entered.

10      3.  The El Dorado High School administration were aware that

11  Daniel Mummy would hug students at school sporting events.

12      4.  The El Dorado High School administration were trained

13  that hugging students was inappropriate staff behavior.

14      5.  The El Dorado High School administration were aware that

15  Daniel Mummy would contact his students via their personal cell

16  phones and social media.

17      6.  Daniel Mummy would host students in his classroom for

18  lunch.

19      7.  Daniel Mummy would hug these students as they entered

20  and exited his classroom for lunch.

21      8.  The other teachers in the math department, including the

22  heads of the math department, were aware that Daniel Mummy would

23  host students in his classroom for lunch.

24      9.  Daniel Mummy sexually molested Jane Doe during the

25  2016/2017 school year.

26      10.  Daniel Mummy sent Jane Doe a sexually charged message

27  via social media in 2016 regarding rubbing her calf.

28      11.  Daniel Mummy sexually molested Tiffany Doe during the

1 | 2016/2017 school year.

2 |     12.   Daniel Mummy sent Tiffany Doe messages via her cell
3 | phone which stated, "Love you."

4 |     13.   Daniel Mummy sexually molested multiple female students
5 | during the 2016/2017 school year.

6 |     14.   El Dorado had no policies restricting a teacher's
7 | ability to contact students via their cell phones or social media.

8 |     15.   El Dorado were aware that Daniel Mummy communicated with
9 | students via their cell phones and social media but took no steps
10 | to review these communications.

11 |     16.   El Dorado did not have an "App" for students to report
12 | bullying or sexual harassment during the time period in which
13 | Daniel Mummy was a teacher at El Dorado High School.

14 |     17.   Tiffany Doe confronted Daniel Mummy regarding his
15 | molestation prior to his arrest.

16 |     18.   Tiffany Doe expressly told Jane Doe that she could use
17 | her name when she reported Daniel Mummy's molestation to the El
18 | Dorado High School administration.

19 |     19.   The police investigation into Daniel Mummy showed there
20 | were numerous photos of females between the ages of 13 and 18 on
21 | Daniel Mummy's cell phone, including pornographic images and
22 | videos.

23 |     20.   David Conrad, an El Dorado High School teacher,
24 | submitted a letter in support of Daniel Mummy for his sentencing
25 | hearing.

26 |     21.   El Dorado did not make any public statements regarding
27 | Daniel Mummy's arrest save for a single email to the parents
28 | informing them of the arrest.

22.  El Dorado High School's administration told the school's teaching staff not to discuss Daniel Mummy's arrest and the allegations with the students or amongst themselves.

23.  El Dorado High School's administration took no steps to temper or manage the reactions of the student body to Daniel Mummy's arrest.

24.  El Dorado failed to protect the identity of the girls who brought accusations of sexual molestation against Daniel Mummy and their identities because common knowledge on campus.

25.  Jane Doe and Tiffany Doe were cyber-bullied by other El Dorado High School students via social media for bringing accusations against Daniel Mummy through the social media group, "Free Mummy."

26.  El Dorado High School's school policies restrict school bullying, including cyber-bullying.

27.  It is the obligation of El Dorado High School to investigate the bullying of its students.

28.  El Dorado High School's policies required the staff to investigate and resolve bullying incidents within ten school days.

29.  El Dorado High School must address any bullying which affects students on campus, even if the bullying occurs off campus.

30.  Prior was trained to address the cyber-bullying of students.

31.  Jane Doe reported the cyber bullying through the social media group "Free Mummy" to Prior.

32.  Prior refused to take any actions regarding the "Free Mummy" social media posts and cyber bullying.

1       33.   Gatling, Grudin, and Wehr were also aware of the Free
2 Mummy group and cyber bullying against Jane Doe and Tiffany Doe.

3       34.   El Dorado took no steps to protect Jane Doe and Tiffany
4 Doe from reprisals from other students or bullying after Daniel
5 Mummy's arrests.

6       35.   Multiple students chanted "Free Mummy" at an all student
7 high school event the day after Daniel Mummy's arrest.

8       36.   Prior, Gatling, and Grudin took no steps to address the
9 student body and ask that they refrain from chanting "Free Mummy."

10       37.   Wehr was made aware of the incident where students
11 chanted "Free Mummy" but took no actions.

12       38.   Grudin and Gatling did not speak with Jane Doe and
13 Tiffany Doe's parents regarding the allegations of sexual
14 molestation made against Daniel Mummy.

15       39.   Deville, the El Dorado Title IX Coordinator, failed to
16 conduct a Title IX investigation into the allegations regarding
17 Daniel Mummy, despite the District's legal duty as a recipient of
18 Federal funds.

19       40.   El Dorado did not "favor" Jane Doe and Tiffany Doe over
20 Daniel Mummy after they had brought allegations that he had
21 sexually molested them, and instead remained "neutral."

22       41.   El Dorado continued to remain "neutral" and refused to
23 show support for Jane Doe and Tiffany Doe even after Daniel Mummy
24 pled *nolo contendere* to sexually molesting minors.

25       42.   El Dorado took no steps to address Daniel Mummy's
26 conviction for child molestation with either the student body or
27 their parents.

28       43.   No educational accommodations were provided to Jane Doe

7

1 | and Tiffany Doe after the arrest of Daniel Mummy.

2 | 44. Jane Doe was verbally attacked by Leah Applegarth as a
3 | reprisal after Daniel Mummy was sentenced.

4 | 45. El Dorado did not address the underlying hostile
5 | environment at the school after the incident involving Leah
6 | Applegarth.

7 | 46. An El Dorado High School teacher questioned Jane Doe
8 | regarding her molestation by Daniel Mummy.

9 | 47. Jane Doe was denied a teaching assistant position
10 | because she had previously reported that Daniel Mummy sexually
11 | molested her.

12 | 48. El Dorado High School staff removed posters put up by
13 | students on school grounds which showed support for the girls who
14 | brought accusations against Daniel Mummy.

15 | 49. After Daniel Mummy's arrest, Tiffany Doe had to endure
16 | an open class discussion regarding Daniel Mummy where she feared
17 | for her safety.

18 | 50. El Dorado High School's staff never took steps to reach
19 | out to Tiffany Doe and provide her with assistance or services
20 | after Daniel Mummy's arrest.

21 | 51. Wehr did not contact Tiffany Doe's parents until after
22 | she had graduated. Prior to that, Wehr had not offered any
23 | accommodations or services to Tiffany Doe.

24 | 52. Tiffany Doe's father made requests that El Dorado High
25 | School take steps to address the actions of Daniel Mummy and
26 | protect his victims but no actions were taken.

27 | Defendants' Disputed Factual Issues:

28 | 1. Defendant Assistant Principal Tara Grudin made herself

8

available to Jane Doe and Tiffany Doe after Jane Doe reported
Mummy to the school.

    2.    Defendant Assistant Principal Gatling made himself
available to Jane Doe and Tiffany Doe after Jane Doe reported
Mummy to the school.

    3.    Defendant Grudin spoke with Jane Doe and her mother to
accommodate her with classes and any issues she had.

    4.    Defendant Gatling repeatedly talked to Matt and Kristina
Shepherd about Daniel Mummy, as is documented in their
correspondence.

    5.    Defendants Grudin and Gatling called the parents of the
three students who alleged Mummy inappropriately touched them
including Jane and Tiffany Doe's parents on March 17, 2021.

    6.    The parents were offered a wide variety of services,
including schedule change options, independent study, class
passes, and other excused absences.

    7.    Grudin provided Jane Doe and Tiffany Doe with passes to
leave class whenever they felt necessary.

    8.    In order to ensure Jane Doe and Tiffany Doe, as well as
a third student, were accommodated and assisted, the
administration started a Google Doc to track the status of the
students.

    9.    Superintendent Steve Wehr spoke with Tiffany Doe's
father Matthew Shepherd on the phone for about 45 minutes
regarding internal complaint processes and about Mummy.

    10.   During that conversation Superintendent Wehr and Tiffany
Doe's father spoke about Tiffany Doe's father's frustration and
what he perceived of the administration not supporting his

daughter.

11.   Superintendent Wehr shared the complaint procedures with Tiffany Doe's father.

12.   Tiffany Doe's father chose not to file a complaint.

13.   Superintendent Steve Wehr had a meeting scheduled with Jane Doe's mother Tia Richards, but she did not show for the meeting and did not respond to efforts to reschedule.

14.   Wehr did speak briefly with Richards on the phone prior to the scheduled meeting that she did not show for.

15.   Gatling also tried to schedule a meeting with Tiffany Doe's parents but they did not follow up.

16.   Jane Doe told her mother about Mummy's conduct about 6 months prior to telling Marc Sarge and the school.

17.   Jane Doe asked her mother not to contact the school in December 2016.

18.   Jane Doe and her mother did not try to schedule a meeting with the school to specifically discuss Mummy.

19.   Tiffany Doe never directly reported Mummy to the school.

20.   No student reported any misconduct on the part of Mummy prior to Jane Doe's report on March 16, 2017.

21.   Jane Doe never told any administrators that Mummy touched her back.

22.   Jane Doe asked her mother not to contact school officials.

23.   Mummy did not have any prior complaints or disciplinary issues.

24.   Tiffany Doe testified that she does not recall sharing with anyone, except for maybe her brother and Jane, that Mummy

1    made her feel uncomfortable prior to him being arrested.

2        25.    Tiffany Doe does not recall telling anyone, other than
3    her brother, prior to his arrest that Mummy's hugging made her
4    feel uncomfortable.

5        26.    Tiffany Doe did not tell her parents anything regarding
6    Mummy until the day the police called.

7        27.    Tiffany Doe did not tell anyone at the school that Mummy
8    had an inappropriate relationship with her.

9        28.    Law enforcement asked the school district not to
10   investigate while law enforcement was conducting their own
11   investigation.

12       29.    El Dorado High School has a "Stop It" App and Stand Up
13   and Be Heard Forms available around campus for students to make
14   complaints.

15       30.    Prior to the incident with Mr. Mummy, Jane Doe recalls
16   seeing posters related to the Stand Up and Be Heard program on
17   campus.

18       31.    The day after Mummy was arrested, the administration
19   chose that they were not going to reveal to staff the names of the
20   victims to protect their identifies.

21       32.    There was a staff Question and Answer after school for
22   staff on March 17, 2017 regarding Mummy.

23       33.    Neither Jane Doe nor Tiffany Doe personally heard any
24   student shout "Free Mummy" at any assembly.

25       34.    Tiffany Doe was not present at the rally where students
26   yelled "Free Mummy" and does not know what "actually happened" but
27   heard the students were quieted.

28       35.    Tiffany Doe has no information that any teachers or

                                11

administrators at the school called her a liar.

36. Students did not express to Tiffany Doe directly that she and other victims were lying.

37. Jane Doe has no information that a teacher or administrator of the District posted the image on social media.

38. Jane Doe claims Leah Applegarth, a math teacher at El Dorado High School, yelled at her in class.

39. Tara Grudin met with Jane Doe and her mother regarding Applegarth and offered her the option of independent study.

40. Jane Doe accepted the proposal and finished the class through an online option in Marc Sarge's classroom.

41. Jane Doe has no information that teachers or school administrators were spreading rumors about her.

42. There were times where a teacher would play a video about school bullying or the like and Jane Doe would get upset. A teacher helped her pack her things and she went to Mr. Sarge and they would discuss how she was feeling.

43. Marc Sarge would speak with Jane Doe a lot to help her with when she got emotional.

44. Jane Doe remembers talking to a counselor at school about being upset and that the school gave her passes to leave class whenever she wanted.

45. Jane Doe applied to be a teacher's aide (TA) for PE teacher Travis Cox

46. Travis Cox told Jane Doe that he needed a male TA that semester because the TA would need to enter the boys' locker room.

47. The administration recommended a different TA position and she took that with Marc Sarge.

1    48.  Tiffany Doe knows that her father had a conversation
2    with Superintendent Wehr right after the incident.

3    49.  Tiffany Doe did not ask to speak with anyone at the
4    school after Mummy was arrested.

5               VI.  DISPUTED EVIDENTIARY ISSUES

6         Plaintiffs anticipate filing no motions in limine.

7         Defendants Disputed Evidentiary Issues:

8         1.  Defendants will move to exclude criminal investigation
9    evidence based Daniel Mummy, including, but not limited to, the
10   items taken in as evidence such as his cell phone.

11        2.  Defendants will move to exclude any discussion of past
12   reports of sexual misconduct by other former employees of the
13   District.

14        3.  Defendants will move for a motion in limine regarding
15   the negligence standard being inapplicable.

16        4.  Plaintiffs did not disclose any non-retained experts or
17   treaters in their expert disclosures. Therefore, they are
18   precluded from calling such experts at trial. (Fed. R. Civ. Proc.
19   26; Fed. R. Evi. 702.) All experts are precluded from offering
20   testimony on subjects not disclosed previously, on anything that
21   exceeds the scope of the deposition testimony, and from offering
22   demonstrative exhibits not previously disclosed. (*Id.*)

23        5.  Defendants will move to exclude Dr. Charol Shakeshaft as
24   an expert witness and her opinions.  They contend that her
25   opinions are based on a negligence standard and she is not
26   qualified to provide expert opinions for a California school on
27   claims of Title IX and section 1983. (Fed. R. Civ. Proc. 26; Fed.
28   R. Evi. 702.)

                                13

1    6.    Any evidence or mention of specific dollar amounts
2  during jury selection are prohibited.  The Court will conduct all
3  voir dire.

4    7.    Witnesses are precluded from testifying about matters
5  outside their perception. (Fed. R. Evi. 701.)

6    8.    Witnesses are excluded from the courtroom prior to their
7  testimony on the stand, other than named parties to the lawsuit.

8    9.    Defendants will move to exclude consideration of any
9  emotional damages pre-March 16, 2017.

10    10.   Defendants will move to exclude use of any medical
11  records under Rule 26 and for lack of foundation.

12    11.   Any mention of availability of insurance is prohibited.

13    12.   Defendants will move to exclude reference to the recent
14  changes made to the Title IX statute.

15                        VII. RELIEF SOUGHT

16       Plaintiffs seek special damages, general damages, punitive
17  damages, pre-judgment and post-judgment interest according to law
18  against all Defendants, and attorney's fees and costs of suit
19  against all Defendants.

20       Defendants dispute liability, causation, as well as the
21  nature and extent of Plaintiff's claimed injuries and damages.

22                        VIII. POINTS OF LAW

23       Trial briefs may be E-filed with the court no later than July
24  26, 2021.  Any points of law not previously argued to the Court
25  should be briefed in the trial briefs.

26                        IX. ABANDONED ISSUES

27            The parties are not aware of any abandoned issues in this
28  case.

# X. WITNESSES

Plaintiffs' Witness List is attached to this Pretrial Conference Order as Exhibit A.

Defendants' Witness List is attached to this Pretrial Conference Order as Exhibit B.

Each party may call a witness designated by the other.

A.    No other witnesses will be permitted to testify unless:

(1)    The party offering the witness demonstrates that the witness is for the purpose of rebutting evidence which could not be reasonably anticipated at the Pretrial Conference, or

(2)    The witness was discovered after the Pretrial Conference and the proffering party makes the showing required in "B" below.

B.    Upon the post-Pretrial discovery of witnesses, the attorney shall promptly inform the court and opposing parties of the existence of the unlisted witnesses so that the court may consider at trial whether the witnesses shall be permitted to testify.    The evidence will not be permitted unless:

(1)    The witnesses could not reasonably have been discovered prior to Pretrial;

(2)    The court and opposing counsel were promptly notified upon discovery of the witnesses;

(3)    If time permitted, counsel proffered the witnesses for deposition;

(4)    If time did not permit, a reasonable summary of the witnesses' testimony was provided opposing counsel.

///

///

15

1   XI. EXHIBITS, SCHEDULES AND SUMMARIES

2      Plaintiffs' Exhibit List is attached to this Pretrial
3   Conference Order as Exhibit C.

4      Defendants' Exhibit List is attached to this Pretrial
5   Conference Order as Exhibit D.

6      Each party may use an exhibit designated by the other.

7      A.   No other exhibits will be permitted to be introduced
8   unless:

9           (1)  The party proffering the exhibit demonstrates that
10  the exhibit is for the purpose of rebutting evidence which could
11  not be reasonably anticipated at the Pretrial Conference, or

12          (2)  The exhibit was discovered after the Pretrial
13  Conference and the proffering party makes the showing required in
14  paragraph "B," below.

15     B.   Upon the post-Pretrial discovery of exhibits, the
16  attorneys shall promptly inform the court and opposing counsel of
17  the existence of such exhibits so that the court may consider at
18  trial their admissibility.  The exhibits will not be received
19  unless the proffering party demonstrates:

20          (1)  The exhibits could not reasonably have been
21  discovered prior to Pretrial;

22          (2)  The court and counsel were promptly informed of
23  their existence;

24          (3)  Counsel forwarded a copy of the exhibit(s) (if
25  physically possible) to opposing counsel.  If the exhibit(s) may
26  not be copied, the proffering counsel must show that he has made
27  the exhibit(s) reasonably available for inspection by opposing
28  counsel.

1   As to each exhibit, each party is ordered to exchange copies
2   of the exhibit not later than fourteen (14) days before trial.
3   Each party is then granted five (5) days to file and serve
4   objections to any of the exhibits.  In making the objection, the
5   party is to set forth the grounds for the objection.  The parties
6   shall pre-mark their respective exhibits in accord with the Court's
7   Pretrial Order.  Exhibit stickers may be obtained through the
8   Clerk's Office.  An original and one (1) copy of the exhibits shall
9   be presented to Gabriel Michel, Deputy Courtroom Clerk, at 8:30
10  a.m. on the date set for trial or at such earlier time as may be
11  agreed upon.  Mr. Michel can be contacted at (916) 930-4091 or via
12  e-mail at: gmichel@caed.uscourts.gov.  As to each exhibit which is
13  not objected to, it shall be marked and may be received into
14  evidence on motion and will require no further foundation.  Each
15  exhibit which is objected to will be marked for identification
16  only.

17              XII. DISCOVERY DOCUMENTS
18       Plaintiffs intend to offer the following responses to
19  discovery at trial for purposes of rebuttal and/or cross
20  examination.
21       1.   El Dorado Union High School District's Response To
22  Plaintiff Tiffany Doe's Request For Production Of Documents, Set
23  One.
24       2.   El Dorado Union High School District's Amended Response
25  To Plaintiff Tiffany Doe's Request For Production Of Documents,
26  Set One.
27       3.   Defendant El Dorado Union High School District's
28  Responses To Requests For Admissions, Set One.

1    4.    El Dorado Union High School District's Response To
2    Plaintiff Jane Doe's Request For Production Of Documents, Set One.
3        5.    Defendant Chas Prior's Responses To Interrogatories, Set
4    One.
5        6.    Defendant Chas Prior's Responses To Requests For
6    Admissions, Set One.
7        7.    Defendant Justin Gatling's Responses To Interrogatories,
8    Set One.
9        8.    Defendant Justin Gatling's Responses To Request For
10   Admissions, Set One.
11       9.    Defendant Stephen Wehr's Responses To Interrogatories,
12   Set One.
13       10.    Defendant Stephen Wehr's Responses To Requests For
14   Admissions, Set One.
15       11.    Defendant Tara Grudin's Responses To Interrogatories,
16   Set One.
17       12.    Defendant Tara Grudin's Responses To Requests For
18   Admissions, Set One.
19       13.    Defendant Tony Deville's Responses To Interrogatories,
20   Set One.
21       14.    Defendant Tony Deville's Responses To Request For
22   Admissions, Set One.
23       Defendants refer to the same above discovery responses,
24   and further add:
25       1.    Jane Doe Responses To Requests For Production, Set One.
26       2.    Jane Doe Responses To Requests For Admission, Set One.
27       3.    Jane Doe Responses To Special Interrogatories, Set One.
28       4.    Jane Doe Supplemental Responses To Request For

18

1    Production Of Documents.

2         5.    Tiffany Doe Supplemental Responses To Special
3    Interrogatories.

4         6.    Tiffany Doe Responses To Requests For Production, Set
5    One.

6         7.    Tiffany Doe Responses To Requests For Admission, Set
7    One.

8         8.    Tiffany Doe Responses To Special Interrogatories, Set
9    One.

10        9.    Tiffany Doe Supplemental Responses To Request For
11   Production Of Documents.

12        10.   Tiffany Doe Supplemental Responses To Special
13   Interrogatories.

14        11.   Jane Doe Deposition Transcript.

15        12.   Tiffany Doe Deposition Transcript.

16        13.   Daniel Mummy Deposition Transcript.

17        14.   Dr. David O'grady Deposition Transcript.

18        15.   Charol Shakeshaft Deposition Transcript (As To Mil
19   Only).

20        16.   Paul Tomei Deposition Transcript.

21        17.   Travis Cox Deposition Transcript.

22        18.   Marc Sarge Deposition Transcript.

23        19.   Steve Wehr Deposition Transcript.

24        20.   Tara Grudin Deposition Transcript.

25        21.   Justin Gatling Deposition Transcript.

26        22.   Tony Deville Deposition Transcript.

27        23.   Chas Prior Deposition Transcript.

28   ///

1    XIII. FURTHER DISCOVERY OR MOTIONS

2        Pursuant to the court's Status Conference Order, all discovery

3    and law and motion was to have been conducted so as to be completed

4    as of the date of the Pretrial Conference.  That order is

5    confirmed.  The parties are free to do anything they desire

6    pursuant to informal agreement.  However, any such agreement will

7    not be enforceable in this court.

8                    XIV. STIPULATIONS

9        None.

10                   XV. AMENDMENTS/DISMISSALS

11       None.

12                   XVI. FURTHER TRIAL PREPARATION

13       A.    Counsel are directed to Local Rule 285 regarding the

14   contents of trial briefs.  Such briefs may be E-filed on or before

15   July 26, 2021.

16       B.    Counsel are further directed to confer and to attempt to

17   agree upon a joint set of jury instructions.  The joint set of

18   instructions shall be lodged via ECF with the court clerk on or

19   before July 26, 2021 and shall be identified as the "Jury

20   Instructions Without Objection."  As to instructions as to which

21   there is dispute the parties shall submit the instruction(s) via

22   ECF as its package of proposed jury instructions also on or before

23   July 30, 2021.  This package of proposed instructions should not

24   include the "Jury Instructions Without Objection" and should be

25   clearly identified as "Disputed Jury Instructions" on the proposed

26   instructions.

27   ///

28   ///

The parties shall e-mail a set of all proposed jury instructions in word format to the Court's Judicial Assistant, Jane Klingelhoets, at: jklingelhoets@caed.uscourts.gov.

C.   It is the duty of counsel to ensure that a hard copy of any deposition which is to be used at trial has been lodged with the Clerk of the Court pursuant to Local Rule 133(j).  The depositions shall be lodged with the court clerk no later July 26, 2021.  Counsel are cautioned that a failure to discharge this duty may result in the court precluding use of the deposition or imposition of such other sanctions as the court deems appropriate.

D.   The parties are ordered to E-file with the court and exchange between themselves no later than July 26, 2021, a statement designating portions of depositions intended to be offered or read into evidence (except for portions to be used only for impeachment or rebuttal).

E.   The parties are ordered to E-file with the court and exchange between themselves no later than July 26, 2021, the portions of Answers to Interrogatories and/or Requests for Admission which the respective parties intend to offer or read into evidence at the trial (except portions to be used only for impeachment or rebuttal).

F.   Each party may submit proposed voir dire questions the party would like the court to put to prospective jurors during jury selection.  Proposed voir dire should be submitted via ECF no later than July 26, 2021.

G.   Each party may submit a proposed verdict form that the party would like the Court to use in this case.  Proposed verdict forms should be submitted via ECF no later than July 26, 2021.

1    H.    In limine motions shall be E-filed separately on or
2    before July 23, 2021.  Opposition briefs shall be E-filed on or
3    before July 28, 2021.  No reply briefs may be filed.

4                    XVII.  SETTLEMENT NEGOTIATIONS

5        A formal Settlement Conference will be set in this case before
6    Magistrate Judge Allison Claire.  The parties are to contact
7    Gabriel Michel, Deputy Courtroom Clerk, to confirm the date and
8    time of the conference.

9                      XVIII.  AGREED STATEMENTS

10       See paragraph III, *supra*.

11                    XIX.  SEPARATE TRIAL OF ISSUES

12       The parties do not believe a separate trial of issues is
13   necessary.

14          XX.  IMPARTIAL EXPERTS/LIMITATION OF EXPERTS

15       None.

16                      XXI.  ATTORNEYS' FEES

17       The matter of the award of attorneys' fees to prevailing
18   parties pursuant to statute will be handled by motion in accordance
19   with Local Rule 293.

20                         XXII.  MISCELLANEOUS

21       The parties are to submit trial briefs on the issue of the
22   need for a protective order or sealing of records used in this
23   trial.

24          XXIII.  ESTIMATE OF TRIAL TIME/TRIAL DATE

25       The parties estimate fourteen (14) to sixteen (16) court days
26   for trial.  Trial will commence on or about August 2, 2021, at
27   9:15 a.m.

28   ///

                                   22

1    Counsel are to call Gabriel Michel, Deputy Courtroom Clerk, at
2    (916) 930-4091, one week prior to trial to ascertain the status of
3    the trial date.
4         IT IS SO ORDERED.
5    DATED: May 24, 2021

                                    _____
6                                   JOHN A. MENDEZ
7                                   United States District Judge

EXHIBIT A

Plaintiffs' Witness List

1. Jane Doe: Plaintiff. Plaintiffs anticipate Jane Doe will testify regarding her harassment by Daniel Mummy; the bullying and ostracization she experienced after Daniel Mummy's arrest; her treatment by the school and the faculty after Daniel Mummy's arrest; and her damages.

2. Tiffany Doe: Plaintiff. Plaintiffs anticipate Jane Doe will testify regarding her harassment by Daniel Mummy; the bullying and ostracization she experienced after Daniel Mummy's arrest; her treatment by the school and the faculty after Daniel Mummy's arrest; and her damages.

3. Lauren Benson: Former Student. Plaintiffs anticipate Lauren Benson will testify regarding her harassment by Daniel Mummy; the bullying and ostracization she experienced after Daniel Mummy's arrest; her treatment by the school and the faculty after Daniel Mummy's arrest.

4. Madison Snyder: Former Student. Plaintiffs anticipate Madison Snyder will testify regarding reporting Daniel Mummy's harassment to the El Dorado High School staff and administration.

5. Jane Doe's mother: Parent. Plaintiffs anticipate Jane Doe's mother will testify regarding the lack of accommodations and assistance provided to her daughter by El Dorado High School and the failure to address the bullying and ostracization her daughter experienced after Daniel Mummy's arrest.

6. Tiffany Doe's father: Parent. Plaintiffs anticipate Tiffany Doe's father will testify regarding the lack of accommodations and assistance provided to his daughter by El Dorado High School and the failure to address the bullying and ostracization her daughter experienced after Daniel Mummy's arrest.

7. Tiffany Doe's mother: Parent. Plaintiffs anticipate Tiffany Doe's mother will testify regarding the lack of accommodations and assistance provided to her daughter by

1  El Dorado High School and the failure to address the bullying and ostracization her
2  daughter experienced after Daniel Mummy's arrest.

3      8. Daniel Mummy: Teacher. Daniel Mummy will testify as to his actions prior to his
4  arrest and the El Dorado High School Faculty's observations of his interactions with
5  students.

6      9. Addison Randall: Police Officer. Officer Randall will testify as to the arrest and
7  investigation of Daniel Mummy.

8      10.Jason Alger: Police Officer.  Officer Alger will testify as to the arrest and
9  investigation of Daniel Mummy.

10     11.Lisette Suder: Assistant District Attorney.  Assistant District Attorney Suder will
11 testify as to the prosecution against Daniel Mummy and she will testify regarding her
12 communications with the parents of his victims, the administration of El Dorado High
13 School, and the school district.

14     12.Charles Prior: Principal. Charles Prior will testify regarding what he observed of
15 Daniel Mummy's interactions with students prior to his arrest; El Dorado High School's
16 policies regarding Daniel Mummy and his victims after the arrest; steps taken by El
17 Dorado High School to address the bullying and ostracization of Jane Doe and Tiffany
18 Doe after Daniel Mummy's arrest; steps taken by El Dorado High School regarding the
19 "Free Mummy" movement; steps taken to address the disparate treatment of Jane Doe and
20 Tiffany Doe by their teachers after Daniel Mummy's arrest.

21     13.Tara Grudin: Assistant Principal.  Tara Grudin will testify regarding what she
22 observed of Daniel Mummy's interactions with students prior to his arrest; El Dorado
23 High School's policies regarding Daniel Mummy and his victims after the arrest; steps
24 taken by El Dorado High School to address the bullying and ostracization of Jane Doe and
25 Tiffany Doe after Daniel Mummy's arrest; steps taken by El Dorado High School
26 regarding the "Free Mummy" movement; steps taken to address the disparate treatment of
27 Jane Doe and Tiffany Doe by their teachers after Daniel Mummy's arrest.

28

**EXHIBIT A**

14. Justin Gatling: Assistant Principal. Justin Gatling will testify regarding what he observed of Daniel Mummy's interactions with students prior to his arrest; El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest; steps taken by El Dorado High School to address the bullying and ostracization of Jane Doe and Tiffany Doe after Daniel Mummy's arrest; steps taken by El Dorado High School regarding the "Free Mummy" movement; steps taken to address the disparate treatment of Jane Doe and Tiffany Doe by their teachers after Daniel Mummy's arrest.

15. Stephen Wehr. Superintendent. Stephen Wehr will testify regarding his knowledge of the allegations made against Daniel Mummy; El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest; steps taken by El Dorado High School to address the bullying and ostracization of Jane Doe and Tiffany Doe after Daniel Mummy's arrest; steps taken by El Dorado High School regarding the "Free Mummy" movement; steps taken to address the disparate treatment of Jane Doe and Tiffany Doe by their teachers after Daniel Mummy's arrest.

16. Tony Deville: Assistant Superintendent & Title IX Coordinator. Tony Deville will testify regarding his knowledge of the allegations made against Daniel Mummy and any actions taken by him to investigate the allegations through his role as the Title IX Coordinator.

17. Dale Kazmik: Teacher. Dale Kazmik will testify regarding Daniel Mummy's interactions with students prior to his arrest, when he was first informed of Daniel Mummy sexually molesting students, El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest, the reactions of Plaintiffs and other students after Daniel Mummy's arrest.

18. Wendy Morris: Teacher. Wendy Morris will testify regarding Daniel Mummy's interactions with students prior to his arrest, when she was first informed of Daniel Mummy sexually molesting students, El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest, the reactions of Plaintiffs and other students after Daniel Mummy's arrest.

**EXHIBIT A**

19. Doug Round: Teacher. Doug Round will testify regarding Daniel Mummy's interactions with students prior to his arrest; that he was aware Daniel Mummy hosted students in his classroom for lunch; and El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest

20. Adam Angelo: Teacher. Adam Angelo will testify regarding Daniel Mummy's interactions with students prior to his arrest; that he was aware Daniel Mummy hosted students in his classroom for lunch; and El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest.

21. Marc Sarge: Teacher. Marc Sarge will testify regarding Daniel Mummy's interactions with students prior to his arrest, when he was first informed of Daniel Mummy sexually molesting students, El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest, the reactions of Plaintiffs and other students after Daniel Mummy's arrest.

22. Paul Tomei: Teacher. Paul Tomei will testify regarding Daniel Mummy's interactions with students prior to his arrest, when he was first informed of Daniel Mummy sexually molesting students, the fact that the identity of Daniel Mummy's victims was known throughout the school; El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest, the reactions of Plaintiffs and other students after Daniel Mummy's arrest.

23. Travis Cox: Teacher. Travis Cox will testify regarding Daniel Mummy's interactions with students prior to his arrest; El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest; his interactions with Jane Doe after Daniel Mummy's arrest.

24. Leah Applegarth: Teacher. Leah Applegarth will testify regarding Daniel Mummy's interactions with students prior to his arrest; her friendship with Daniel Mummy; El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest; her interactions with Jane Doe after Daniel Mummy's arrest.

4

25.Tobias Gautschi: Teacher. Tobias Gautschi will testify regarding El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest; his interactions with Tiffany Doe after Daniel Mummy's arrest.

26.Dina Voleck: Teacher. Dina Voleck will testify regarding El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest; her interactions with Jane Doe after Daniel Mummy's arrest.

27.David Conrad: Teacher. David Conrad will testify regarding El Dorado High School's policies regarding Daniel Mummy and his victims after the arrest; and his letter written on behalf of Daniel Mummy for his sentencing hearing.

28.Rio Bates: Former Student. Rio Bates will testify regarding the treatment of Daniel Mummy's victims by El Dorado after the arrest of Daniel Mummy; the information provided to the student body after Daniel Mummy's arrest; "Free Mummy" related incidents on campus; and cyber bullying of Daniel Mummy's victims after his arrest.

29.McKenna Tate: Former Student. McKenna Tate will testify regarding the treatment of Daniel Mummy's victims by El Dorado after the arrest of Daniel Mummy; the information provided to the student body after Daniel Mummy's arrest; "Free Mummy" related incidents on campus; and cyber bullying of Daniel Mummy's victims after his arrest.

30.Josephine Cade: Former Student. Josephine Cade will testify regarding the treatment of Daniel Mummy's victims by El Dorado after the arrest of Daniel Mummy; the information provided to the student body after Daniel Mummy's arrest; "Free Mummy" related incidents on campus; and cyber bullying of Daniel Mummy's victims after his arrest.

31.April Spiegelberg: Former Student. April Spiegelberg will testify regarding the treatment of Daniel Mummy's victims by El Dorado after the arrest of Daniel Mummy; the information provided to the student body after Daniel Mummy's arrest; "Free Mummy" related incidents on campus; and cyber bullying of Daniel Mummy's victims after his arrest.

**EXHIBIT A**

32. Scarlet Schwenk: Former Student. Scarlet Schwenk will testify regarding the treatment of Daniel Mummy's victims by El Dorado after the arrest of Daniel Mummy; the information provided to the student body after Daniel Mummy's arrest; "Free Mummy" related incidents on campus; and cyber bullying of Daniel Mummy's victims after his arrest.

33. Kaitlyn Cook: Former Student. Kaitlyn Cook will testify regarding the treatment of Daniel Mummy's victims by El Dorado after the arrest of Daniel Mummy; the information provided to the student body after Daniel Mummy's arrest; "Free Mummy" related incidents on campus; and cyber bullying of Daniel Mummy's victims after his arrest.

34. Cole Walker: Former Student. Cole Walker will testify regarding the treatment of Daniel Mummy's victims by El Dorado after the arrest of Daniel Mummy; the information provided to the student body after Daniel Mummy's arrest; "Free Mummy" related incidents on campus; and cyber bullying of Daniel Mummy's victims after his arrest.

35. Rhianna Ricafort: Former Student. Rhianna Ricafort will testify regarding the treatment of Daniel Mummy's victims by El Dorado after the arrest of Daniel Mummy; the information provided to the student body after Daniel Mummy's arrest; "Free Mummy" related incidents on campus; and cyber bullying of Daniel Mummy's victims after his arrest.

36. Neal Geluck: Former Teacher. Neal Geluck will testify regarding El Dorado's policies regarding student-teacher interactions; will testify regarding sexual misconduct accusations made against him.

37. Shane O'Rourke: Former Teacher. Shane O'Rourke will testify regarding El Dorado's policies regarding student-teacher interactions; will testify regarding sexual misconduct accusations made against him.

38. David Robert Freeman: Former Teacher. David Robert Freeman will testify regarding El Dorado's policies regarding student-teacher interactions; will testify regarding sexual misconduct accusations made against him.

**EXHIBIT A**

1    39. El Dorado Union High School District Custodian of Records.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

EXHIBIT B

# EXHIBIT B

## DEFENDANTS' WITNESS LIST

1.  Jane Doe, Plaintiff

2.  Tiffany Doe, Plaintiff

3.  Tara Grudin, Assistant Principal at El Dorado High School

4.  Justin Gatling, Assistant Principal at El Dorado High School

5.  Marc Sarge, Teacher at El Dorado High School

6.  Travis Cox, Teacher at El Dorado High School

7.  Paul Tomei, Teacher at El Dorado High School

8.  Leah Applegarth, Teacher at El Dorado High School

9.  Chas Prior, retired Principal at El Dorado High School

10. Addison Randall, El Dorado High School resource officer

11. Bob Whittenberg, Assistant Superintendent of El Dorado Union High School District

12. Tony Deville, Assistant Superintendent of Human Resources of El Dorado Union High
    School District

13. Jason Alger, police officer for the Placerville Police Department

14. Tia Richards, mother of plaintiff

15. Jeffrey Richards, father of plaintiff

16. Matthew Shepherd, father of plaintiff

17. Kristina Gustafson, mother of plaintiff

18. Wolfgang Soren Shepherd, brother of plaintiff

19. Oskar Shepherd, brother of plaintiff

20. Dale Kazmik, teacher at El Dorado High School

21. Wendy Morris, teacher at El Dorado High School

22. Doug Round, teacher at El Dorado High School

23. Adam Angelo, teacher at El Dorado High School

24. Tobias Gautschi, teacher at El Dorado High School

25. Dina Voleck, teacher at El Dorado High School

26. David Conrad, teacher at El Dorado High School

27. Laruen Benson, former student at El Dorado High School

28. McKenna Tate, former student at El Dorado High School

29. Daniel Mummy

30. David O'Grady, Ph.D.

31. Charol Shakeshaft

EXHIBIT C

# EXHIBIT C

Plaintiffs' Exhibit List

1. P1-Daniel Mummy Personnel File.pdf
2. P2-PLACERVILLE POLICE DEPARTMENT-Daniel Mummy Chart.pdf
3. P3-Communications Regarding Daniel Mummy.pdf
4. P4-EDHSD Professional Standards.pdf
5. P5-Investigating and Resolving Uniform Complaints.pdf
6. P6-Uniform Complaint Appendix.pdf
7. P7-Preventing Harassment at El Dorado Union High School DIstrict.pdf
8. P8-Annual Notice 2013-2014.pdf
9. P9-Annual Notice 2014-2015.pdf
10. P10-Annual Notice 2015-2016.pdf
11. P11-Annual Notice 2016-2017.pdf
12. P12-Annual Notice 2017-2018.pdf
13. P13-EDHSD Policies.pdf
14. P14-EDHSD Code of Ethics.pdf
15. P15-El Dorado HS Safety Staff Handbook.pdf
16. P16-Emergency Operations Plan.pdf
17. P17-Mummy Letters of Recommendation.pdf
18. P18-Jane Doe Student File.pdf
19. P19-Emails.pdf
20. P20-Parental Notification.pdf
21. P21-Daniel Mummy Field Trip Records.pdf
22. P22-Mandated Reporter Training Records.pdf
23. P23-Tiffany Doe Student File.pdf
24. P24-Agreement for Certificated Evaluation Extension (pg. 1316).pdf
25. P25-Announcement made by Chas Prior .pdf

1

**EXHIBIT C**

26. P26-Asst. Principal Admin Regs, AR 4319.3-14 (pgs. 1297-1298).pdf
27. P27-California Standards for the Teaching Profession (pgs. 1302-1303).pdf
28. P28-Certificated Personnel, BP 4100 (pg. 1299).pdf
29. P29-Certificated Personnel, BP 4100 (pgs. 2800).pdf
30. P30-Child Abuse Prevention and Reporting, BP 5141.4 (pgs. 420-421).pdf
31. P31-Classroom Walk-Through Observations (pgs. 1310-1311).pdf
32. P32-Criminal Record Check, AR 4112.5 (pgs. 2811-2813).pdf
33. P33-Daniel Mummy Class Teaching Schedule 2013 to 2017.pdf
34. P34-Dismissal Suspension Disciplinary Action, AR 4118 (pgs. 2818-2820).pdf
35. P35-Dismissal Suspension Disciplinary Action, BP 4118 (pgs. 2814-2817).pdf
36. P36-District's Comprehensive Safety Plan.pdf
37. P37-District's Safety Committee 2017 - 2018.pdf
38. P38-Email Correspondence from Tiffany Doe's family to El Dorado High School
    .pdf
39. P39-Employee Notifications, BP 4112.9 (pgs. 448-450).pdf
40. P40-Evaluation Goal-Setting Form (pgs. 1304-1306.pdf
41. P41-Evaluation Written Response Form (pg. 1318).pdf
42. P42-EvaluationSupervision, BP 4115 (pgs. 460-462).pdf
43. P43-EvaluationSupervision, BP 4115 (pgs. 1300-1301).pdf
44. P44-Formal Classroom Observation Form (pg. 1309).pdf
45. P45-GoogleDoc of CounselorAdministrative Interactions with Tiffany Doe, Jane
    Doe and Benson after Jane Doe's first report of Mummy misconduct .pdf
46. P46-Improvement Plan Form (pg. 1317).pdf
47. P48-Internal Email Correspondence re Daniel Mummy.pdf
48. P49-Investigating and Resolving Uniform Complaints, Presented by Michael
    Tucker (Girard Edwards LLP) (pgs. 1439-1543) .pdf
49. P50-Mid-Year Evaluation Form (pgs. 1312-1314) .pdf
50. P51-Nondiscrimination in Employment, BP 4030 (pgs. 465-468).pdf

2

**EXHIBIT C**

1   51.P52-Nondiscrimination in Employment, BP 4030 (pgs. 2804-2807).pdf
2   52.P54-Parent Rights and Responsibilities, AR 5020 (pgs. 424-428).pdf
3   53.P55-Parental Notifications, BP 5145.6 (pgs. 442-447).pdf
4   54.P57-Pre-Observation Conference Form (pgs. 1307-1308).pdf
5   55.P58-Principal Admin Regs, AR 4319.3-13 (pgs. 1294-1296).pdf
6   56.P59-Professional Standards (last document, no pg. #) .pdf
7   57.P60-Professional Standards, BP 4319.21 (pgs. 2801-2803).pdf
8   58.P61-Recruitment and Selection, BP 4111 (pgs. 462-464).pdf
9   59.P62-Recruitment and Selection, BP 4111 (pgs. 2808-2810).pdf
10  60.P63-Safety, AR 5152 (pgs. 433-435).pdf
11  61.P64-Safety, BP 5142 (pgs. 429-432) .pdf
12  62.P65-Sexual Harassment, AR 4119.11 (pgs. 422-423).pdf
13  63.P66-Sexual Harassment, BP 4119.11 (pgs. 451-453).pdf
14  64.P67-Snapchat Message from Mummy to Jane Doe .pdf
15  65.P68-Staff Development, BP 4131 (pgs. 436-441).pdf
16  66.P69-Standards and Assessment Manual (pgs. 1319-1346).pdf
17  67.P70-Student Handbook 2013-2014 (pgs. 2280-2304).pdf
18  68.P71-Student Handbook 2014-2015 (pgs. 2305-2328).pdf
19  69.P72-Student Handbook 2015-2016 (pgs. 2229-2352).pdf
20  70.P73-Student Handbook 2016-2017 (pgs. 2353-2376).pdf
21  71.P74-Student Handbook 2017-2018 (pgs. 2377-2398).pdf
22  72.P75-Training Completion Reports 2015-2016 (pgs. 1828-1864).pdf
23  73.P76-Uniform Complaint Appendix (pgs. 1427-1436).pdf
24  74.P77-Uniform Complaint Procedures, BP 1312.3 (pgs. 454-459).pdf
25  75.P79-Virtual Academy Safety Plan.pdf
26  76.P80-Year-End Evaluation Form (pg. 1315).pdf
27  77.P81-EDUHSD Organizational Chart.pdf
28  78.P82-Mummy Criminal Sentencing File.pdf

3

**EXHIBIT C**

1     79.P83 - Jane Doe Bills.pdf

2     80.P84-Jane Doe Impact Statement.pdf

3     81.P85-Jane Doe Essay.pdf

4     82.P86-Jane Doe Mummy Text Messages.pdf

5     83.P87-Social Media Posts.pdf

6     84.P88-Tiffany Doe text messages.pdf

7     85.P89-Tiffany Doe posts.pdf

8     86.P90-Tiffany Doe Diary Posts.pdf

9     87.P91-Tiffany Doe Impact Statement.pdf

10   88.P92-Title IX Guide.pdf

11   89.P93-08-93-1023 Academy SD.pdf

12   90.P94-Mummy Photo.pdf

13   91.P95-Mummy Yearbook Photo.pdf

14   92.P96-David Conrad Letter.pdf

**EXHIBIT C**

EXHIBIT D

| | | |
|---|---|---|
| 1 | | **EXHIBIT D** |
| 2 | | **DEFENDANTS' EXHIBIT LIST** |
| 3 | 200. | Jane Doe CUM File |
| 4 | 201. | Jane Doe Student File |
| 5 | 202. | Jane Doe Aries File |
| 6 | 203. | Tiffany Doe CUM File |
| 7 | 204. | Tiffany Doe Student File |
| 8 | 205. | Tiffany Doe Aries File |
| 9 | 206. | El Dorado Union High School District Bullying Policy |
| 10 | 207. | Google Document created by the administration at El Dorado High School listing |
| 11 | | the accommodations provided to Jane Doe and Tiffany Doe |
| 12 | 208. | March 17, 2017 email by Chas Prior to El Dorado High School teachers and staff |
| 13 | 209. | March 16, 2017 witness statement by Marc Sarge |
| 14 | 210. | Emails and notes regarding Matt Shepherd's threats to Mr. Gatling and Mr. Prior |
| 15 | 211. | Mr. Prior's Announcement to the student body and staff |
| 16 | 212. | Tara Grudin's notes from her interaction with Jane Doe on March 16, 2017 |
| 17 | 213. | Jane Doe's Discovery Responses |
| 18 | 214. | Tiffany Doe's Discovery Responses |
| 19 | 215. | El Dorado Union High School District Discovery Responses |
| 20 | 216. | David O'Grady expert file |
| 21 | 217. | Charol Shakeshaft expert file |
| 22 | 218. | Jane Doe Deposition Transcript |
| 23 | 219. | Tiffany Doe Deposition Transcript |
| 24 | 220. | Chas Prior Deposition Transcript |
| 25 | 221. | Justin Gatling Deposition Transcript |
| 26 | 222. | Daniel Mummy Deposition Transcript |
| 27 | 223. | Marc Sarge Deposition Transcript |
| 28 | 224. | Paul Tomei Deposition Transcript |

1

| 1 | 225. | Tony DeVille Deposition Transcript |
| 2 | 226. | Tara Grudin Deposition Transcript |
| 3 | 227. | Stephen Wehr Deposition Transcript |
| 4 | 228. | Travis Cox Deposition Transcript |
| 5 | 229. | David O'Grady, Ph.D. Deposition Transcript |
| 6 | 230. | Charol Shakeshaft Deposition Transcript |
| 7 | 231. | Board Policies & Administrative Regulations Effective 2016 – 2018 |
| 8 | 232. | Mandatory Investigation Training Sign-In Sheet and Content |
| 9 | 233. | Staff Handbook for El Dorado High School 2013 - 2018 |
| 10 | 234. | Code of Conduct of Coaches |
| 11 | 235. | El Dorado High School Safety Plan Updated September 2016 |
| 12 | 236. | Teacher Orientation Summary 2016 -2017 |
| 13 | 237. | Annual Notice Requirement 2015 – 2016 |
| 14 | 238. | Annual Notice Requirement 2016 – 2017 |
| 15 | 239. | Annual Notice Requirement 2017 – 2018 |
| 16 | 240. | Annual Notice Mandated Reporter Certificate of Completion – Justin Gatling |
| 17 | 241. | Annual Notice Mandated Reporter Certificate of Completion – Tara Grudin |
| 18 | 242. | Annual Notice Mandated Reporter Certificate of Completion – Paul Tomei |
| 19 | 243. | Annual Notice Mandated Reporter Certificate of Completion – Travis Cox |
| 20 | 244. | Annual Notice Mandated Reporter Certificate of Completion – Stephen Wehr |
| 21 | 245. | 2015 / 2016 Mandated Reporter Online Certificate Checklist Certified |
| 22 | | Management & Certification of the El Dorado Union High School District staff |
| 23 | | and teachers |
| 24 | 246. | Year End Evaluations of Christopher Mummy |
| 25 | 247. | Principal Job Description |
| 26 | 248. | Vice-Principal Job Description |
| 27 | 249. | Superintendent Responsibilities and Duties |
| 28 | 250. | Human Resources Job Description |

2

| 1  | 251. | Training on Uniform Complaints |
| 2  | 252. | Sexual Harassment Prevention Training |
| 3  | 253. | Training on Workspace Investigations |
| 4  | 254. | AP Binder Part 1 |
| 5  | 255. | AP Binder Par 2 |
| 6  | 256. | District Crisis Plan |
| 7  | 257. | Safety Plan Appendix |
| 8  | 258. | Student Handbooks 2013 - 2018 |
| 9  | 259. | Emergency Operations Plan for El Dorado Union High School District |
| 10 | 260. | Mummy Credentialing Information |
| 11 | 261. | Professional Standards Policy – drafted by Tony Deville |
| 12 | 262. | EE & Student Use of Technology Policies |
| 13 | 263. | El Dorado Union High School District Comprehensive School Safety Plan |
| 14 | 264. | Code of Conduct of Coaches |
| 15 | 265. | Sexual Harassment Guidance: Harassment of Students by School Employees, |
| 16 |      | other Students or Third Parties |

3