**LANZONE MORGAN, LLP**
**Ayman Mourad, SBN 304161**
**eservice@lanzonemorgan.com**
**5001 Airport Plaza Drive, Suite 210**
**Long Beach, California 90815**
**Telephone: 562-596-1700**
**Facsimile: 562-596-0011**

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT,

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| JANE DOE, an individual; and TIFFANY DOE, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> EL DORADO UNION HIGH SCHOOL DISTRICT; CHAS PRIOR, Individually; STEPHEN WEHR, Individually; TONY DEVILLE, Individually; TARA GRUDIN, Individually; JUSTIN GATLING; Individually; and DOES 1 through 20; <br><br> Defendants. | Case No.: 2:18-CV-02576-JAM-CKD <br> Complaint Filed: 9-18-18 <br> District Judge John A. Mendez <br> Assigned to Courtroom: 6 <br> Magistrate Judge Carolyn K. Delaney <br> Assigned to Courtroom: 24 <br><br> **JOINT STIPULATION TO PERMIT ADDITIONAL DISCOVERY DOCUMENTS TO THE PRETRIAL CONFERENCE ORDER** |

The Parties have met and conferred regarding the Pretrial Conference Order, and its contents. Due to an omission, additional discovery documents intended for trial were not present in the Court's order. As Plaintiffs intend to introduce this omitted discovery, the Parties have agreed to a stipulation to allow for their inclusion into the Pretrial Conference Order.

1

IT IS HEREBY STIPULATED, by and between the Parties hereto, through their respective counsel of record, that Plaintiffs be permitted to add the following discovery documents to the Pretrial Conference Order:

15. Travis Cox Deposition Transcript.
16. Tony Deville Deposition Transcript.
17. Jane Doe Deposition Transcript.
18. Tiffany Doe Deposition Transcript.
19. Justin Gatling Deposition Transcript.
20. Tara Grudin Deposition Transcript.
21. Daniel Mummy Deposition Transcript.
22. David O'Grady, MD Deposition Transcript.
23. Milton Prior Deposition Transcript.
24. Mark Sarge Deposition Transcript.
25. Charol Shakeshaft Deposition Transcript.
26. Paul Tomei Deposition Transcript.
27. Stephen Wehr Deposition Transcript.
28. Travis Cox Deposition Videorecording.
29. Justin Gatling Deposition Videorecording.
30. Tara Grudin Deposition Videorecording.
31. Daniel Mummy Deposition Videorecording.
32. Charol Shakeshaft Deposition Videorecording.
33. Paul Tomei Deposition Videorecording.

//
//
//
//
//

**JOINT STIPULATION TO PERMIT ADDITIONAL DISCOVERY DOCUMENTS TO THE PRETRIAL CONFERENCE ORDER**

Dated: May 21, 2021     Respectfully submitted,

LANZONE MORGAN, LLP

By:  /s/ Ayman R. Mourad

Ayman R. Mourad, Esq.
Attorneys for Plaintiffs

Dated: May 21, 2021     MATHENY SEARS LINKERT JAIME, LLP

By:  /s/ Matthew C. Jaime

Matthew C. Jaime, Esq.
Sarah Woolston, Esq.
Attorneys for Defendants

## **ORDER**

The Court, having considered the Parties' Joint Stipulation to Permit Additional Discovery Documents to The Pretrial Conference Order, and good cause appearing therein, orders the following documents be added to the Pretrial Conference Order as additional discovery documents which Plaintiffs intend to offer at trial:

15. Travis Cox Deposition Transcript.
16. Tony Deville Deposition Transcript.
17. Jane Doe Deposition Transcript.
18. Tiffany Doe Deposition Transcript.
19. Justin Gatling Deposition Transcript.
20. Tara Grudin Deposition Transcript.
21. Daniel Mummy Deposition Transcript.
22. David O'Grady, MD Deposition Transcript.

**JOINT STIPULATION TO PERMIT ADDITIONAL DISCOVERY DOCUMENTS TO THE PRETRIAL CONFERENCE ORDER**

23. Milton Prior Deposition Transcript.
24. Mark Sarge Deposition Transcript.
25. Charol Shakeshaft Deposition Transcript.
26. Paul Tomei Deposition Transcript.
27. Stephen Wehr Deposition Transcript.
28. Travis Cox Deposition Videorecording.
29. Justin Gatling Deposition Videorecording.
30. Tara Grudin Deposition Videorecording.
31. Daniel Mummy Deposition Videorecording.
32. Charol Shakeshaft Deposition Videorecording.
33. Paul Tomei Deposition Videorecording.

IT IS SO ORDERED.

Dated: May 25, 2021         /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE

**JOINT STIPULATION TO PERMIT ADDITIONAL DISCOVERY DOCUMENTS TO THE PRETRIAL CONFERENCE ORDER**